# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANESSA JONES, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No.: 2:14-cv-07375-MAK |
| v. | ) ) |
| COMCAST CORPORATION, | ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Vanessa Jones ("Plaintiff") and Defendant Comcast Corporation, through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby file their Stipulation of Voluntary Dismissal of this case with prejudice as to Plaintiff, and with each side to bear its own fees and costs.

Dated: December 14, 2015

| | |
|---|---|
| */s/ James L. Davidson* | */s/ Seamus C. Duffy* |
| James L. Davidson (*pro hac vice*) | Seamus C. Duffy |
| Greenwald Davidson Radbil PLLC | Michael W. McTigue Jr. |
| 5550 Glades Road, Suite 500 | Michael P. Daly |
| Boca Raton, FL  33431 | Meredith C. Slawe |
| Telephone:     (561) 826-5477 | Drinker Biddle & Reath LLP |
| Facsimile:     (561) 961-5684 | One Logan Square, Ste. 2000 |
| jdavidson@gdrlawfirm.com | Philadelphia, PA 19103-6996 |
| | (215) 988-3347 office |
| Counsel for Plaintiff | (215) 988-2757 fax |
| | Seamus.Duffy@dbr.com |
| Jason Rettig | Michael.McTigue@dbr.com |
| PABN 200948 | Michael.Daly@dbr.com |
| 100 W. Monument Ave | Meredith.Slawe@dbr.com |
| Hatboro, PA 19040 | |
| Telephone:     (267) 879-9054 | Counsel for Defendant Comcast Corporation |
| rettiglaw@yahoo.com | |
| | |
| Co-Counsel for Plaintiff | |

1

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was filed using the Court's CM/ECF system on December 14, 2015 which will provide notice to Defendant's counsel of record:

Seamus C. Duffy
Michael W. McTigue Jr.
Michael P. Daly
Meredith C. Slawe
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-3347 office
(215) 988-2757 fax

Counsel for Defendant Comcast Corporation

                                        */s/ James L. Davidson*
                                        James L. Davidson